No. 10-6748. Roberto Aponte, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 1071, 131 S. Ct. 662, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9048.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-6766. Latroy Timmons, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

562 U.S. 1071, 131 S. Ct. 663, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9361.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-6767. Louis Bonanno, Sr., Petitioner v. Gerald Thomas, et al.

562 U.S. 1071, 131 S. Ct. 663, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9375, ■

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-6768. Charles Michael Lau, Petitioner v. Florida.

562 U.S. 1071, 131 S. Ct. 663, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9338.

November 29, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 38 So. 3d 153.

No. 10-6775. Michael D. Wright, Petitioner v. Donald L. Stine, Superintendent, New Castle Correctional Facility.

562 U.S. 1071, 131 S. Ct. 663, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9068, ■

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-6782. John Joseph Rogers, Petitioner v. Virginia.

562 U.S. 1071, 131 S. Ct. 663, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9319.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-6786. Michael Nash, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.

562 U.S. 1071, 131 S. Ct. 664, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9155.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-6794. Marie Rose Chery, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 1071, 131 S. Ct. 664, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9070.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.